**IN the INTEREST OF: J.M.D., a Minor**

**Petition of: T.D., Father**

**No. 180 EAL 2017**

Supreme Court of Pennsylvania.

June 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN RE: L.C., a Minor**

**Petition of: M.C., Mother**

**In re: L.C., a Minor**

**Petition of: M.C., Mother**

**No. 161 WAL 2017**
**No. 162 WAL 2017**

Supreme Court of Pennsylvania.

June 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**5100 FIFTH AVENUE CONDOMINIUM ASSOCIATION**

v.

**ESTATE OF Esther F. ASCHEIM, Barbara Effron, in her capacity as Administrator of the Estate**

**Petition of: Barbara Effron, in her capacity as Administrator of the Estate of Esther F. Ascheim**

**No. 74 WAL 2017**

Supreme Court of Pennsylvania.

June 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**